FREDERIC A. POTTS & Co., INC., Respondent, *v.* LAFAYETTE NATIONAL BANK OF BROOKLYN, Appellant, Impleaded with Another.

(Submitted December 9, 1935; decided December 13, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 181.)

In the Matter of WILLIAM SANGER et al., Respondents, against FREDERICK S. GREENE, as Superintendent of Public Works of the State of New York, et al., Appellants.

In the Matter of IRVING R. BROWN, Respondent, against FREDERICK S. GREENE, as Superintendent of Public Works of the State of New York, et al., Appellants.

(Submitted December 9, 1935; decided December 13, 1935.)

Motions for reargument denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 33, 45.)